| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA 30308 | Pay Group: SJH-St Joseph's Hospital<br>Pay Begin Date: 04/07/2019<br>Pay End Date: 04/20/2019 | Business Unit: HCSJH<br>Advice #: 000000010479121<br>Advice Date: 04/26/2019 |
|---|---|---|

| | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|
| **Mark Christian**<br>624 Victoria Ln<br>Woodstock, GA 30189 | Employee ID: 0432468<br>Department: 436345-SJH Internal Medicine 5W<br>Location: ESJH-Main-5th Floor<br>Job Title: Nurse Clinician<br>Pay Rate: $38.300000 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount:<br>Addl Allowance: | Married<br>5 | M-Joint<br>2+2 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Comprehensive/ Annual Leave | 38.300000 | 24.00 | 919.20 | 24.00 | 919.20 |
| Regular Pay | 38.300000 | 48.50 | 1,857.56 | 297.25 | 11,384.70 |
| Weekend Shift Differential | 3.250000 | 8.25 | 26.81 | 152.00 | 494.00 |
| Evening Shift Differential | 4.250000 | 15.75 | 66.94 | 134.00 | 569.51 |
| Night Shift Differential | 4.500000 | 32.75 | 147.38 | 252.25 | 1,135.16 |
| Absent Without Pay | | | 0.00 | 12.00 | 0.00 |
| Orientation | | | 0.00 | 132.50 | 5,074.76 |
| Overtime | | | 0.00 | 17.00 | 1,015.56 |
| Paid Not Worked | | | 0.00 | 84.00 | 3,217.20 |
| Professional Time | | | 0.00 | 7.00 | 268.10 |
| **TOTAL:** | | **129.25** | **3,017.89** | **1,112.00** | **24,078.19** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 123.01 | 1,191.36 |
| Fed MED/EE | 36.71 | 313.89 |
| Fed OASDI/EE | 156.97 | 1,342.14 |
| GA Withholdng | 86.69 | 828.65 |
| **TOTAL:** | **403.38** | **3,676.04** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| POS Medical | 336.00 | 1,680.00 |
| Traditional Dental | 38.50 | 192.50 |
| EyeMed Vision Care | 16.43 | 82.15 |
| EE non-matched Basic Fidelity | 120.72 | 739.19 |
| Healthcare FSA | 95.24 | 476.20 |
| **TOTAL:** | **606.89** | **3,170.04** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Suppl Life EE | 5.70 | 28.50 |
| Child(ren) Persnl Accident Ins | 0.13 | 0.65 |
| Suppl Life Spouse | 2.38 | 11.90 |
| Suppl Life Child | 1.05 | 5.25 |
| Short Term Disab After-Tax | 7.77 | 38.85 |
| Hyatt Group Legal | 7.87 | 39.35 |
| **TOTAL:** | **24.90** | **124.50** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| POS Medical | 814.53 | 4,072.65 |
| Traditional Dental | 14.00 | 70.00 |
| Life Insurance | 2.75 | 19.25 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,017.89 | 2,411.00 | 403.38 | 631.79 | 1,982.72 |
| YTD | 24,078.19 | 20,908.15 | 3,676.04 | 3,294.54 | 17,107.61 |

| YEAR-TO-DATE | PTO Leave | Extended Illness |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 46.8 | 16.2 |
| - Taken | 24.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **22.8** | **16.2** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000010479121 | Checking | XXXXXXXX57 | 1,982.72 |
| **TOTAL:** | | | **1,982.72** |

**MESSAGE:**

| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA 30308 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | SJH-St Joseph's Hospital<br>03/24/2019<br>04/06/2019 | Business Unit:<br>Advice #:<br>Advice Date: | HCSJH<br>000000010443729<br>04/12/2019 |
|---|---|---|---|---|

| | | | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|---|---|
| Mark Christian<br>624 Victoria Ln<br>Woodstock, GA 30189 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0432468<br>436345-SJH Internal Medicine 5W<br>ESJH-Main-5th Floor<br>Nurse Clinician<br>$38.300000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount:<br>Addl Allowance: | Married<br>5 | M-Joint<br>2+2 |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Paid Not Worked | 38.300000 | 24.00 | 919.20 | 84.00 | 3,217.20 | Fed Withholdng | 99.86 | 1,068.35 |
| Regular Pay | 38.300000 | 35.75 | 1,369.23 | 248.75 | 9,527.14 | Fed MED/EE | 33.24 | 277.18 |
| Evening Shift Differential | 4.250000 | 12.00 | 51.00 | 118.25 | 502.57 | Fed OASDI/EE | 142.13 | 1,185.17 |
| Night Shift Differential | 4.500000 | 23.75 | 106.88 | 219.50 | 987.78 | GA Withholdng | 75.60 | 741.96 |
| Professional Time | 38.300000 | 7.00 | 268.10 | 7.00 | 268.10 | | | |
| Weekend Shift Differential | 3.250000 | 19.75 | 64.19 | 143.75 | 467.19 | | | |
| Absent Without Pay | | | 0.00 | 12.00 | 0.00 | | | |
| Orientation | | | 0.00 | 132.50 | 5,074.76 | | | |
| Overtime | | | 0.00 | 17.00 | 1,015.56 | | | |
| TOTAL: | | 122.25 | 2,778.60 | 982.75 | 21,060.30 | TOTAL: | 350.83 | 3,272.66 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| POS Medical | 336.00 | 1,344.00 | Suppl Life EE | 5.70 | 22.80 | POS Medical | 814.53 | 3,258.12 |
| Traditional Dental | 38.50 | 154.00 | Child(ren) Persnl Accident Ins | 0.13 | 0.52 | Traditional Dental | 14.00 | 56.00 |
| EyeMed Vision Care | 16.43 | 65.72 | Suppl Life Spouse | 2.38 | 9.52 | Life Insurance | 2.75 | 16.50 |
| EE non-matched Basic Fidelity | 74.38 | 618.47 | Suppl Life Child | 1.05 | 4.20 | | | |
| Healthcare FSA | 95.24 | 380.96 | Short Term Disab After-Tax | 7.77 | 31.08 | | | |
| | | | Hyatt Group Legal | 7.87 | 31.48 | | | |
| TOTAL: | 560.55 | 2,563.15 | TOTAL: | 24.90 | 99.60 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,778.60 | 2,218.05 | 350.83 | 585.45 | 1,842.32 |
| YTD | 21,060.30 | 18,497.15 | 3,272.66 | 2,662.75 | 15,124.89 |

| YEAR-TO-DATE | PTO Leave | Extended Illness | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 0.0 | | Account Type | Account Number | Deposit Amount |
| + Earned | 39.6 | 13.7 | Advice #000000010443729 | Checking | XXXXXXXX57 | 1,842.32 |
| - Taken | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | 39.6 | 13.7 | TOTAL: | | | 1,842.32 |

MESSAGE:

| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA 30308 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | SJH-St Joseph's Hospital<br>03/10/2019<br>03/23/2019 | Business Unit:<br>Advice #:<br>Advice Date: | HCSJH<br>000000010421004<br>03/29/2019 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Mark Christian**<br>624 Victoria Ln<br>Woodstock, GA 30189 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0432468<br>436345-SJH Internal Medicine 5W<br>ESJH-Main-5th Floor<br>Nurse Clinician<br>$38.300000 Hourly | | |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Married | M-Joint |
| Allowances: | 5 | 2+2 |
| Addl. Percent: | | |
| Addl. Amount: | | |
| Addl Allowance: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Paid Not Worked | 38.300000 | 60.00 | 2,298.00 | 60.00 | 2,298.00 |
| Regular Pay | 38.300000 | 12.25 | 469.18 | 213.00 | 8,157.91 |
| Evening Shift Differential | 4.250000 | 4.00 | 17.00 | 106.25 | 451.57 |
| Night Shift Differential | 4.500000 | 8.25 | 37.13 | 195.75 | 880.90 |
| Weekend Shift Differential | 3.250000 | 36.00 | 117.00 | 124.00 | 403.00 |
| Absent Without Pay | | | 0.00 | 12.00 | 0.00 |
| Orientation | | | 0.00 | 132.50 | 5,074.76 |
| Overtime | | | 0.00 | 17.00 | 1,015.56 |
| **TOTAL:** | | **120.50** | **2,938.31** | **860.50** | **18,281.70** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 183.22 | 968.49 |
| Fed MED/EE | 42.61 | 243.94 |
| Fed OASDI/EE | 182.18 | 1,043.04 |
| GA Withholdng | 115.54 | 666.36 |
| **TOTAL:** | **523.55** | **2,921.83** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EE non-matched Basic Fidelity | 25.61 | 544.09 |
| POS Medical | 0.00 | 1,008.00 |
| Traditional Dental | 0.00 | 115.50 |
| EyeMed Vision Care | 0.00 | 49.29 |
| Healthcare FSA | 0.00 | 285.72 |
| **TOTAL:** | **25.61** | **2,002.60** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Suppl Life EE | 0.00 | 17.10 |
| Child(ren) Persnl Accident Ins | 0.00 | 0.39 |
| Suppl Life Spouse | 0.00 | 7.14 |
| Suppl Life Child | 0.00 | 3.15 |
| Short Term Disab After-Tax | 0.00 | 23.31 |
| Hyatt Group Legal | 0.00 | 23.61 |
| **TOTAL:** | **0.00** | **74.70** *TAXABLE |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| POS Medical | 0.00 | 2,443.59 |
| Traditional Dental | 0.00 | 42.00 |
| Life Insurance | 0.00 | 13.75 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,938.31 | 2,912.70 | 523.55 | 25.61 | 2,389.15 |
| YTD | 18,281.70 | 16,279.10 | 2,921.83 | 2,077.30 | 13,282.57 |

| YEAR-TO-DATE | PTO Leave | Extended Illness |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 35.3 | 12.2 |
| - Taken | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **35.3** | **12.2** |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000010421004 | Checking | XXXXXXXX57 | 2,389.15 |
| **TOTAL:** | | | **2,389.15** |

**MESSAGE:**

| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA 30308 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | SJH-St Joseph's Hospital<br>02/24/2019<br>03/09/2019 | Business Unit:<br>Advice #:<br>Advice Date: | HCSJH<br>000000010372923<br>03/15/2019 |
|---|---|---|---|---|

| | | | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|---|---|
| Mark Christian<br>624 Victoria Ln<br>Woodstock, GA 30189 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0432468<br>436345-SJH Internal Medicine 5W<br>ESJH-Main-5th Floor<br>Nurse Clinician<br>$38.300000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount:<br>Addl Allowance: | Married<br>5 | M-Joint<br>2+2 |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay | 38.300000 | 52.50 | 2,010.75 | 200.75 | 7,688.73 | Fed Withholdng | 209.52 | 785.27 |
| Weekend Shift Differential | 3.250000 | 24.00 | 78.00 | 88.00 | 286.00 | Fed MED/EE | 47.31 | 201.33 |
| Evening Shift Differential | 4.250000 | 20.00 | 85.00 | 102.25 | 434.57 | Fed OASDI/EE | 202.30 | 860.86 |
| Night Shift Differential | 4.500000 | 40.50 | 182.25 | 187.50 | 843.77 | GA Withholdng | 128.14 | 550.82 |
| Orientation | 38.300000 | 24.00 | 919.20 | 132.50 | 5,074.76 | | | |
| Overtime | 41.862500 | 8.00 | 473.85 | 17.00 | 1,015.56 | | | |
| Absent Without Pay | | | 0.00 | 12.00 | 0.00 | | | |
| TOTAL: | | 169.00 | 3,749.05 | 740.00 | 15,343.39 | TOTAL: | 587.27 | 2,398.28 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| POS Medical | 336.00 | 1,008.00 | Suppl Life EE | 5.70 | 17.10 | POS Medical | 814.53 | 2,443.59 |
| Traditional Dental | 38.50 | 115.50 | Child(ren) Persnl Accident Ins | 0.13 | 0.39 | Traditional Dental | 14.00 | 42.00 |
| EyeMed Vision Care | 16.43 | 49.29 | Suppl Life Spouse | 2.38 | 7.14 | Life Insurance | 2.75 | 13.75 |
| EE non-matched Basic Fidelity | 131.01 | 518.48 | Suppl Life Child | 1.05 | 3.15 | | | |
| Healthcare FSA | 95.24 | 285.72 | Short Term Disab After-Tax | 7.77 | 23.31 | | | |
| | | | Hyatt Group Legal | 7.87 | 23.61 | | | |
| TOTAL: | 617.18 | 1,976.99 | TOTAL: | 24.90 | 74.70 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,749.05 | 3,131.87 | 587.27 | 642.08 | 2,519.70 |
| YTD | 15,343.39 | 13,366.40 | 2,398.28 | 2,051.69 | 10,893.42 |

| YEAR-TO-DATE | PTO Leave | Extended Illness | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 0.0 | | Account Type | Account Number | Deposit Amount |
| + Earned | 34.1 | 11.8 | Advice #000000010372923 | Checking | XXXXXXXX57 | 2,519.70 |
| - Taken | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | 34.1 | 11.8 | TOTAL: | | | 2,519.70 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**

| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA 30308 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | SJH-St Joseph's Hospital<br>02/10/2019<br>02/23/2019 | Business Unit:<br>Advice #:<br>Advice Date: | HCSJH<br>000000010343871<br>03/01/2019 |
|---|---|---|---|---|

| Mark Christian<br>624 Victoria Ln<br>Woodstock, GA 30189 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0432468<br>436345-SJH Internal Medicine 5W<br>ESJH-Main-5th Floor<br>Nurse Clinician<br>$38.300000 Hourly |
|---|---|---|

**TAX DATA:**

|  | Federal | GA State |
|---|---|---|
| Marital Status: | Married | M-Joint |
| Allowances: | 5 | 2+2 |
| Addl. Percent: | | |
| Addl. Amount: | | |
| Addl Allowance: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Absent Without Pay | | 12.00 | 0.00 | 12.00 | 0.00 |
| Regular Pay | 38.300000 | 72.00 | 2,757.60 | 148.25 | 5,677.98 |
| Evening Shift Differential | 4.250000 | 23.75 | 100.94 | 82.25 | 349.57 |
| Night Shift Differential | 4.500000 | 48.25 | 217.13 | 147.00 | 661.52 |
| Weekend Shift Differential | 3.250000 | 16.00 | 52.00 | 64.00 | 208.00 |
| Orientation | | | 0.00 | 108.50 | 4,155.56 |
| Overtime | | | 0.00 | 9.00 | 541.71 |
| **TOTAL:** | | **172.00** | **3,127.67** | **571.00** | **11,594.34** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 135.66 | 575.75 |
| Fed MED/EE | 38.30 | 154.02 |
| Fed OASDI/EE | 163.77 | 658.56 |
| GA Withholdng | 103.14 | 422.68 |
| **TOTAL:** | **440.87** | **1,811.01** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| POS Medical | 336.00 | 672.00 |
| Traditional Dental | 38.50 | 77.00 |
| EyeMed Vision Care | 16.43 | 32.86 |
| EE non-matched Basic Fidelity | 125.11 | 387.47 |
| Healthcare FSA | 95.24 | 190.48 |
| **TOTAL:** | **611.28** | **1,359.81** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Suppl Life EE | 5.70 | 11.40 |
| Child(ren) Persnl Accident Ins | 0.13 | 0.26 |
| Suppl Life Spouse | 2.38 | 4.76 |
| Suppl Life Child | 1.05 | 2.10 |
| Short Term Disab After-Tax | 7.77 | 15.54 |
| Hyatt Group Legal | 7.87 | 15.74 |
| **TOTAL:** | **24.90** | **49.80** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| POS Medical | 814.53 | 1,629.06 |
| Traditional Dental | 14.00 | 28.00 |
| Life Insurance | 2.75 | 11.00 |
| *TAXABLE | | |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,127.67 | 2,516.39 | 440.87 | 636.18 | 2,050.62 |
| YTD | 11,594.34 | 10,234.53 | 1,811.01 | 1,409.61 | 8,373.72 |

| YEAR-TO-DATE | PTO Leave | Extended Illness |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 26.1 | 9.0 |
| - Taken | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **26.1** | **9.0** |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000010343871 | Checking | XXXXXXXX57 | 2,050.62 |
| **TOTAL:** | | | **2,050.62** |

**MESSAGE:**