```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

IN RE:  MARK CHRISTIAN,            {   CHAPTER 13
                                   {
                                   {
        DEBTOR(S)                  {   CASE NO. A19-56979-SMS
                                   {
                                   {   JUDGE    SIGLER

**OBJECTION TO CONFIRMATION**

    COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  The Debtor(s)' payments under the proposed plan are not current.

    2.  As unsecured creditors will receive less than in a Chapter 7 liquidation, the plan does not conform to 11 U.S.C. Section 1325(a)(4).

    3.  Pursuant to the proposed plan, the Debtor(s)' has/have a domestic support obligation.  Prior to confirmation the Debtor(s)' must provide to the Trustee evidence that all payments that have come due since the filing of the petition have been maintained.  11 U.S.C. Section 1325(a)(8).

    4.  The Debtor(s)' Chapter 13 plan fails to provide for an increase in payments when direct payments at $1,896.00 per month for domestic support obligation payment ends; may show lack of good faith or create a disposable income problem in violation of 11 U.S.C. Sections 1325(a)(3) and 1325(b)(2)(A).

    5.  The Chapter 13 Plan is not feasible as the sum of the equal monthly payments to creditors is greater than the monthly plan payment, in violation of 11 U.S.C. Section 1325(a)(6).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
Sonyab@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

June 13, 2019

                                                /s
                                    Sonya Buckley Gordon, Esq.
                                    for Chapter 13   Trustee
                                    GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
Sonyab@atlch13tt.com

A19-56979-SMS

## **CERTIFICATE OF SERVICE**

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

MARK CHRISTIAN
624 VICTORIA LANE
WOODSTOCK, GA 30189-1475

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

GINSBERG LAW OFFICE, PC

This 13th day of June, 2019

_____/s_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
Sonyab@atlch13tt.com