

**IT IS ORDERED as set forth below:**

**Date: October 2, 2019**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| **MARK CHRISTIAN** | ) | Case No. **19-56979** - sms |
| | ) | |
| Debtor. | ) | Judge Sigler |

**ORDER APPROVING OBJECTION TO PROOF OF CLAIM NUMBER 1**

On August 21, 2019, Debtor filed an Objection to Proof of Claim Number 1 for being

duplicative (Doc. No. 21).  A hearing was noticed for September 24, 2019, and Debtor contends

service of the notice was proper. No opposition was announced at the calendar call.

**IT IS HEREBY ORDERED** that Debtor's Objection to Proof of Claim Number 1 be

granted and Proof of Claim Number 1 be disallowed for being duplicative.

**[END OF DOCUMENT]**
(Signatures continued on the following page)

Prepared and Presented by:                          No Opposition:


_____/s/_____              _____/s/_____
Susan S. Blum                                       K. Edward Safir
Attorney for Debtor                                 Chapter 13 Trustee Mary Ida Townson
Ga. Bar No. 111315                                  Ga. Bar No. 622149
Ginsberg Law Offices                                Suite 2200
1854 Independence Square                            191 Peachtree Street, NE
Atlanta, GA 30338                                   Atlanta, GA 30303
770-458-7599                                        404-525-1110
blumlawfirm@gmail.com                               eds@atlch13tt.com


**DISTRIBUTION LIST**

Mary Ida Townson, 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303


United States Trustee
Russell Federal Bldg.
75 Spring Street, 3rd Floor
Atlanta, GA 30303


Susan S. Blum
Ginsberg Law Offices
1854 Independence Square
Atlanta, GA 30338


Daniela Abraha Hinds
32 Muncy Ct. S.E.
Smyrna, GA 30080


Kathryn C. Reeder
Special Assistant Attorney General
Canton Division Child Support Services
PO Box 218
Holly Springs, GA 30142