**IT IS ORDERED as set forth below:**



**Date: June 22, 2020**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **MARK CHRISTIAN,** | ) | CASE NO. **19-56979-sms** |
| | ) | |
| Debtor. | ) | JUDGE SIGLER |

### ORDER APPROVING MOTION TO SUSPEND
### PLAN PAYMENTS FOR THREE MONTHS

On May 14, 2020, Debtor filed a Motion to Suspend Plan Payments seeking to suspend plan payments for three months (Doc. No. 44). A hearing was noticed for June 16, 2020 with negative notice, and Debtor contends service of the notices were proper. No objections were filed. No opposition was announced at the calendar call.

**IT IS HEREBY ORDERED** that Debtor may suspend his plan payments for three months starting in June 2020 and continuing through and including August 2020. Debtor shall resume Chapter 13 Plan payments in September 2020, at which time Debtor shall amend Schedules I and J and modify the Chapter 13 Plan to cure terms, if necessary.

**[END OF DOCUMENT]**
(Signatures continued on the following page)

| Prepared and Presented by: | No Opposition: |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Susan S. Blum | Albert C. Guthrie |
| Attorney for Debtor | Staff Attorney for Mary Ida Townson, Ch 13 Trustee |
| Ga. Bar No. 111315 | Ga. Bar No. 142399 |
| Ginsberg Law Offices | Suite 2200 |
| 1854 Independence Square | 191 Peachtree Street, NE |
| Atlanta, GA 30338 | Atlanta, GA 30303 |
| 770-458-7599 | 404-525-1110 |
| blumlawfirm@gmail.com | |

**DISTRIBUTION LIST**

Mark Christian
624 Victoria Lane
Woodstock, GA 30189


Susan S. Blum
Ginsberg Law Offices
1854 Independence Square
Atlanta, GA 30338


Daniela Abraha Hinds
32 Muncy Ct, SE
Smyrna, GA 30080


Kathryn C. Reeder
Special Assistant Attorney General
Canton Division Child Support Services
PO Box 218
Holly Springs, GA 30142


Jennifer Christian
12060 Cavell Street
Livonia, MI 48150


Nationstar Mortgage LLC d/b/a Mr. Cooper
Attn: Bankruptcy Dept.
PO box 619096
Dallas, TX 75261-9741


Taylor S. Mansell
Shapiro Pendergast & Hasty LLP
211 Perimeter Center Pkwy, NE, Ste 300
Atlanta, GA 30346