## IN THE UNITED STATES BANKRUPTCY COURT FOR
### NORTHERN      DISTRICT OF GEORGIA
### ATLANTA      DIVISION

In re

MARK CHRISTIAN

                                        Debtors.

In Chapter 13  Proceeding

Case No. 19-56979

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank       c/o PRA Receivables
Management, LLC hereby withdraws its Request for Special Notice filed on
5/5/2019      Docket Number 7 .


Dated:  This 9   th day of July    , 2023


By:    /s/Valerie Smith

        Valerie Smith
        PRA Receivables Management, LLC
        PO Box 41021
        Norfolk, VA 23541
        TEL: (877) 885-5919
        FAX: (757) 351-3257

### **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

SUSAN S BLUM
Attorney

MARY IDA TOWNSON
Chapter 13 Trustee

Dated: This 9 <sup>th</sup> day of July , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257