UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                          CASE: A19-56979-SMS

MARK CHRISTIAN                               CHAPTER 13

**Debtor**

## Notice of Final Cure

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Standing Chapter 13 Trustee K. Edward Safir files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** NATIONSTAR MORTGAGE LLC DBA MR. COOPER

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6 | 1240 | $16,386.51 | $16,386.51 | $16,386.51 |
| Total Amount Paid by Trustee | | | | $16,386.51 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

\_\_\_\_\_ Through the Chapter 13 Conduit          **X**    Directly by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

A19-56979-SMS

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

MARK CHRISTIAN
624 VICTORIA LANE
WOODSTOCK, GA 30189

NATIONSTAR MORTGAGE LLC DBA MR. COOPER
BANKRUPTCY DEPT
P.O. BOX 619094
DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE
ATTN: BANKRUPTCY ADMINISTRATOR
PO BOX 619096
DALLAS, TX  75261

SHAPIRO, PENDERGAST & HASTY, LLC
ATTN: BANKRUPTCY ADMINISTRATOR
211 PERIMETER CENTER PKWY, STE 300
ATLANTA, GA 30346

Dated: August 30, 2023

                                                             Respectfully submitted,

                                                             _/s/_____
                                                             K. Edward Safir, Standing Chapter 13 Trustee
                                                            GA Bar No. 622149
                                                            285 Peachtree Center Ave, Suite 1600
                                                            Atlanta, GA  30303-1229
                                                            (404) 525-1110
                                                            eds@atlch13tt.com