**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In re:

    MARK CHRISTIAN

        Debtor(s)

Case No. A19-56979-SMS

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    K. Edward Safir, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/04/2019.

2) The plan was confirmed on 09/24/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/23/2022.

5) The case was completed on 06/22/2023.

6) Number of months from filing to last payment: 50.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $32,725.00.

10) Amount of unsecured claims discharged without payment: $2,155.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $49,012.32 |
| Less amount refunded to debtor | $6,294.16 |

**NET RECEIPTS:** **$42,718.16**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,759.03 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$6,509.03**

Attorney fees paid and disclosed by debtor:        $1,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | Unsecured | 667.00 | 707.56 | 707.56 | 707.56 | 0.00 |
| DANIELA HINDS | Priority | 3,000.00 | 8,898.97 | 8,898.97 | 0.00 | 0.00 |
| FSR | Priority | 0.00 | 8,898.97 | 8,898.97 | 0.00 | 0.00 |
| JENNIFER CHRISTIAN | Priority | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | 0.00 |
| MIDLAND FUNDING, LLC | Unsecured | 1,936.00 | 1,935.54 | 1,935.54 | 1,935.54 | 0.00 |
| MIDLAND FUNDING, LLC | Unsecured | 1,338.00 | 1,337.84 | 1,337.84 | 1,337.84 | 0.00 |
| NATIONSTAR MORTGAGE LLC DBA N | Secured | 16,386.51 | 16,386.51 | 16,386.51 | 16,386.51 | 0.00 |
| Wellstar Health Systems | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| Sequoyah Regional | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| Amsher Collection Services Inc | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| GADOR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| IRS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank (USA), N.A. | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| Children's Healthcare of Atl | Unsecured | 959.00 | NA | NA | 0.00 | 0.00 |
| Flagstar Bank | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | 2,184.00 | 2,142.71 | 2,142.71 | 2,142.71 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $16,386.51 | $16,386.51 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,386.51** | **$16,386.51** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $13,698.97 | $13,698.97 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,898.97 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$22,597.94** | **$13,698.97** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$6,123.65** | **$6,123.65** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,509.03 |
| Disbursements to Creditors | $36,209.13 |
| | |
| **TOTAL DISBURSEMENTS :** | **$42,718.16** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/06/2023                           By: /s/ K. Edward Safir

                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )        CHAPTER 13
MARK CHRISTIAN                            )
                                         )        CASE NO. A19-56979-SMS
                                         )
DEBTOR                                    )

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

MARK CHRISTIAN
624 VICTORIA LANE
WOODSTOCK, GA  30189-1475

GINSBERG LAW OFFICE, P.C.
1854-A INDEPENDENCE SQUARE
ATLANTA, GA  30338

DATED:  10/06/2023

                                                /S/

                                K. Edward Safir, Chapter 13 Trustee
                                State Bar No. 622149
                                285 Peachtree Center Ave
                                Suite 1600
                                Atlanta, GA  30303-1229
                                (404) 525-1110
                                eds@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**